# United States District Court
# District of Minnesota

Creative Publishing International, Inc.,

Plaintiff(s),

**JUDGMENT BY DEFAULT**

-vs-

Civil No. 02-773 ADM/AJB

Shadca Enterprises, Inc.,

Defendant(s)

---

Affidavit of default, disbursements, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant has been duly served with process, that more than twenty (20) days have elapsed since said service, and that said defendant has failed to appear or plead in this cause;

Now on motion of said plaintiff's attorney, a default is hereby entered and it is

CONSIDERED, ORDERED AND ADJUDGED that the above-named plaintiff do have and recover of and from said defendant the sum of One Hundred Eighty-three Thousand, Seven Hundred Seventy-two and 54/100 Dollars ($ 183,772.54) ;$183,622 54 as liquidated damages plus $150.00 for costs.

RICHARD D. SLETTEN, CLERK

DATED: June 3, 2002

By [signature]
Mary Kaye Conery, Deputy Clerk

| | |
|---|---|
| Principal/Damages | $ 183,622.54 |
| Costs and disbursements | $ 150.00 |
| **TOTAL JUDGMENT** | $ 183,772.54 |

7

# UNITED STATES DISTRICT COURT
## District of Minnesota

Creative Publishing International, Inc.,,

Plaintiff(s)

-vs- Civil Action 02-773 ADM/AJB

Shadca Enterprises, Inc.,,

Defendant(s).

## CLERK'S ENTRY OF DEFAULT

It appearing that defendant(s) Shadca enterprises, inc., is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**DEFAULT IS HEREBY ENTERED** against

Shadca Enterprises, Inc.,

this 3 day of June , 2002 .

FRANCIS E. DOSAL, CLERK

By Mary Kaye Conery

Mary Kaye Conery, Deputy Clerk

forms/entry of default.frm

6